**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Alejandra TAPIA, Defendant–Appellant.**

**No. 09–50248.**

United States Court of Appeals, Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted April 5, 2010.*

Filed April 16, 2010.

Arnold Dale Blankenship, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Michelle Betancourt, Esquire, Doug Keller, Federal Public Defender, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

## MEMORANDUM **

Alejandra Tapia appeals from the 51–month sentence imposed following her jury-trial conviction for bringing in an illegal alien for financial gain, in violation of 8 U.S.C. § 1324(a)(2)(B)(ii), bringing in an illegal alien without presentation, in violation of 8 U.S.C. § 1324(a)(2)(B)(iii), aiding and abetting, in violation of 18 U.S.C. § 2, and bail jumping, in violation of 18 U.S.C. § 3146. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Tapia contends that the district court committed plain error by basing her 51–month sentence on speculation about whether and when Tapia could enter and complete the Bureau of Prison's 500–hour drug abuse treatment program. No reversible error was committed. *See United States v. Duran,* 37 F.3d 557, 561 (9th

Cir.1994); *see also United States v. Waknine,* 543 F.3d 546, 554 (9th Cir.2008).

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

